IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00227-PAB-CBS

RYAN SCHARREL,
SUSAN KRUSCHKE, and
ENRIQUE MORENO,

    Plaintiffs,

v.

TOYOTA MOTOR NORTH AMERICA, INC., a California corporation,
TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH
AMERICA, INC., a Kentucky corporation, and
TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,

    Defendants.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendants Toyota Motor Sales, USA, Inc. and Toyota Motor North America, Inc.'s unopposed motion to stay proceedings pending a ruling by the Judicial Panel for Multidistrict Litigation [Docket No. 7].  Because the interests of the parties and the Court are best served by such a stay and there is no opposition to it at this time, the Court will temporarily stay this case.  Therefore, it is

    **ORDERED** that defendants Toyota Motor Sales, USA, Inc. and Toyota Motor North America, Inc.'s unopposed motion to stay proceedings pending a ruling by the Judicial Panel for Multidistrict Litigation [Docket No. 7] is GRANTED.  It is further

    **ORDERED** that this case is hereby STAYED in its entirety until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the transfer of this action for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  As a result, (1) all settings and scheduling deadlines under the Federal Rules of Civil Procedure, the Court's Local Rules, and any of the Court's orders are VACATED, including the deadline to answer or otherwise respond to plaintiffs' complaint and (2) all discovery in this matter is stayed.  It is further

**ORDERED** that the parties shall file a joint status report with the Court every thirty days, beginning on May 1, 2010 and within 7 days of the JPML's ruling on the relevant motions to transfer.

Dated April 5, 2010.